*July 17, 2017*

2017-Ohio-5832.]

**2015–0349. N. Canton City School Dist. Bd. of Edn. v. Stark Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2013–6181 and 2013–6222. On appellant's motion to reschedule oral argument. Motion denied.

**2017–0884. Cleveland ex rel. Blakeney v. Britt.**
In Mandamus. On relators' application for dismissal. Application granted. Cause dismissed.

*July 18, 2017*

2017-Ohio-5862.]

**2017–0747. Paul v. Hannon.**
Carroll App. No. 15 CA 0908, 2017-Ohio-1261. On motion for admission pro hac vice of Karen J. Greenwell. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.

*July 21, 2017*

2017-Ohio-6902.]

**2016–1342. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–2099. On joint motion to remand to implement a settlement. Motion granted. The cause is remanded to the Franklin County Board of Revision to take further action as appropriate.